UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2021
```

CHICKPEN, S.A.,

                              Plaintiff,

            -against-

                                                    21 Civ. 597 (AT)

BOLIVARIAN REPUBLIC OF
VENEZUELA,
                                                    **ORDER**

                              Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiff's letter dated March 11, 2021, ECF No. 21.  Accordingly,
the conference scheduled for March 24, 2021, and associated deadlines, are ADJOURNED *sine die*.
Plaintiffs shall promptly inform the Court when service of process is complete.  If service has not
been completed within 60 days of the date of this Order, Plaintiff shall file a status letter with the
Court.

        SO ORDERED.

Dated: March 11, 2021
       New York, New York

                                                    ANALISA TORRES
                                                    United States District Judge