UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHICKPEN, S.A.,

      Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF
VENEZUELA,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2021_

21 Civ. 597 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Plaintiff has informed the Court that service has been effected on Defendant. ECF No. 25. Accordingly, by **July 28, 2021**, the parties shall submit their joint letter and proposed case management plan, in accordance with ECF No. 10 ¶¶ 4–5.

  SO ORDERED.

Dated: June 22, 2021
   New York, New York

                     ANALISA TORRES
                     United States District Judge