USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHICKPEN, S.A.,

          Plaintiff,

v.

BOLIVARIAN REPUBLIC
OF VENEZUELA,

          Defendant.

Case No. 1:21-cv-00597

## DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Default Judgment is entered in favor of Chickpen, S.A. ("Chickpen") and against the Bolivarian Republic of Venezuela ("Venezuela"), as follows:

For Venezuela's breach of the 13.625% Global Bonds (ISIN No. US922646AT10, CUSIP No. 922646AT1) Chickpen is entitled to recover from Venezuela:

    a.    $1,285,000.00 for unpaid principal;

    b.    $843,308.02 for accrued and unpaid contractual interest on principal through June 9, 2022;

    c.    $229,535.90 in statutory prejudgment interest on unpaid contractual interest at a rate of 9% per annum accruing from the day after each missed interest payment through June 9, 2022;

    d.    Attorneys' fees and costs in the amount of $49,132.59; and

    e.    Post-judgment interest rate as set forth in 28 U.S.C. §1961.

For Venezuela's breaches of the 7.00% Global Notes (ISIN No. USPP97475AD26, CUSIP No. P97475AD2), Chickpen is entitled to recover from Venezuela:

    a.    $11,599,000.00 for unpaid principal.

    b.    $4,077,692.89 for accrued and unpaid contractual interest on principal through June 9, 2022;

    c.    $906,555.93 in statutory prejudgment interest on unpaid contractual interest at a rate of 9% per annum accruing from the day after each missed interest payment through June 9, 2022;

    d.    Post-judgment interest rate as set forth in 28 U.S.C. §1961.

Dated: June 13, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge

2