USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTRARIAN CAPITAL MANAGEMENT, L.L.C., CONTRARIAN CAPITAL FUND I, L.P., CONTRARIAN DOME DU GOUTER MASTER FUND, LP, CONTRARIAN CAPITAL SENIOR SECURED, L.P., CONTRARIAN EM II, LP, CONTRARIAN EMERGING MARKETS, L.P., BOSTON PATRIOT SUMMER ST LLC, POLONIUS HOLDINGS, LLC, CONTRARIAN FUNDS L.L.C., EMMA 1 MASTER FUND, L.P., and E1 SP, A SEGREGATED ACCOUNT OF EMAP SPC,

Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

Case No. 19 Civ. 11018 [rel. Nos. 19 Civ. 3123, 18 Civ. 11940, 20 Civ. 10342, 21 Civ. 597 & 21 Civ. 2678]

**FINAL JUDGMENT**

**FINAL JUDGMENT**

**WHEREAS,** this Court having subject matter jurisdiction over this case and personal jurisdiction over Defendant the Bolivarian Republic of Venezuela (the "Republic"), the Republic having appeared before the Court and not contesting the Court's jurisdiction;

**WHEREAS,** the parties having conducted discovery in which Plaintiffs provided evidence to the Republic of Plaintiffs' standing to sue, identity, and continuing ownership interest in the debt securities that are the subject of this Judgment; and

**WHEREAS,** the parties having reached a stipulation for the entry of Judgment (the "Stipulation") for the reasons and on the terms set forth therein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Final Judgment is entered in favor of Polonius Holdings, LLC, Contrarian Emerging Markets, L.P., Boston Patriot Summer St LLC, Contrarian EM II, LP, and Emma I Master Fund, L.P. against the Republic for breach of contract; and

2. The Republic is liable to each of the following Plaintiffs for the following amounts of unpaid accrued coupon interest and statutory prejudgment interest only:

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Polonius Holdings, LLC | 13.625% 2018 (-AT10) Bonds | Aug. 15, 2021, Feb. 15, 2022, Aug.15, 2022, Feb. 15, 2023, and Aug. 15, 2023 | N/A | N/A | $4,769,632.22 | $556,820.24 | $5,326,452.46 | $6,355.61 |
| Polonius Holdings, LLC | 13.625% 2018 RegS Bonds | Aug. 15, 2021, Feb. 15, 2022, Aug.15, 2022, Feb. 15, 2023, and Aug. 15, 2023 | N/A | N/A | $6,934,586.43 | $809,563.06 | $7,744,149.49 | $9,240.45 |
| Polonius Holdings, LLC | 7.00% 2018 Bonds | June 1, 2021, Dec. 1, 2021, June 1, 2022, Dec. 1, 2022, June 1, 2023, and Dec. 1, 2023 | N/A | N/A | $9,905,765.14 | $1,337,178.41 | $11,242,943.55 | $13,199.60 |
| Contrarian Emerging Markets, L.P. | 12.75% 2022 Bonds | Aug. 23, 2021, Feb. 23, 2022, Aug. 23, 2022, Feb. 23, 2023, and Aug. 23, 2023 | $51,515,500.00 | $6,033,664.73 | $16,730,731.86 | $1,920,801.29 | $76,200,697.88 | $34,996.43 |

[1] The relevant date of the prior judgment is May 24, 2021 for all Plaintiffs except Boston Patriot Summer St LLC. The relevant date of the prior judgment for Boston Patriot Summer St LLC is October 27, 2021.

[2] Daily Accrual includes coupon and prejudgment interest accruing per day from the date this Proposed Judgment is submitted to the date judgment is entered by the Court.

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Boston Patriot Summer St LLC | 12.75% 2022 Bonds | Aug. 23, 2021, Feb. 23, 2022, Aug. 23, 2022, Feb. 23, 2023, and Aug. 23, 2023 | $2,814,000.00 | $329,584.93 | $761,421.50 | $100,056.78 | $4,005,063.21 | $1,867.42 |
| Contrarian EM II, LP | 12.75% 2022 Bonds | Aug. 23, 2021, Feb. 23, 2022, Aug. 23, 2022, Feb. 23, 2023, and Aug. 23, 2023 | $5,458,500.00 | $639,317.47 | $1,772,761.59 | $203,525.03 | $8,074,104.09 | $3,708.17 |
| Emma I Master Fund, L.P. | 12.75% 2022 Bonds | Aug. 23, 2021, Feb. 23, 2022, Aug. 23, 2022, Feb. 23, 2023, and Aug. 23, 2023 | $3,533,000.00 | $413,796.58 | $1,147,415.35 | $131,731.05 | $5,225,942.98 | $2,400.10 |
| Contrarian Emerging Markets, L.P. | 9.00% 2023 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | $1,684,500.00 | $90,547.64 | $386,171.63 | $37,344.67 | $2,198,563.94 | $929.94 |
| Contrarian EM II, LP | 9.00% 2023 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | $200,000.00 | $10,750.68 | $45,850.00 | $4,433.92 | $261,034.60 | $110.41 |

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Emma I Master Fund, L.P. | 9.00% 2023 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | $115,500.00 | $6,208.52 | $26,478.38 | $2,560.59 | $150,747.49 | $63.76 |
| Contrarian Emerging Markets, L.P. | 8.25% 2024 Bonds | Oct. 13, 2021, Apr. 13, 2022, Oct. 13, 2022, Apr. 13, 2023, and Oct. 13, 2023 | N/A | N/A | $1,013,785.53 | $104,073.36 | $1,117,858.89 | $1,350.89 |
| Contrarian EM II, LP | 8.25% 2024 Bonds | Oct. 13, 2021, Apr. 13, 2022, Oct. 13, 2022, Apr. 13, 2023, and Oct. 13, 2023 | N/A | N/A | $72,500.31 | $7,442.75 | $79,943.06 | $96.61 |
| Emma I Master Fund, L.P. | 8.25% 2024 Bonds | Oct. 13, 2021, Apr. 13, 2022, Oct. 13, 2022, Apr. 13, 2023, and Oct. 13, 2023 | N/A | N/A | $69,516.24 | $7,136.41 | $76,652.65 | $92.63 |
| Contrarian Emerging Markets, L.P. | 11.75% 2026 Bonds | Oct. 21, 2021, Apr. 21, 2022, Oct. 21, 2022, Apr. 21, 2023, and Oct. 21, 2023 | N/A | N/A | $55,683,548.84 | $5,608,565.56 | $61,292,114.40 | $74,199.26 |

5

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Boston Patriot Summer St LLC | 11.75% 2026 Bonds | Apr. 21, 2022, Oct. 21, 2022, Apr. 21, 2023, and Oct. 21, 2023 | N/A | N/A | $13,197,686.17 | $1,556,405.03 | $14,754,091.20 | $20,341.27 |
| Contrarian EM II, LP | 11.75% 2026 Bonds | Oct. 21, 2021, Apr. 21, 2022, Oct. 21, 2022, Apr. 21, 2023, and Oct. 21, 2023 | N/A | N/A | $10,606,544.18 | $1,068,313.71 | $11,674,857.89 | $14,133.40 |
| Emma I Master Fund, L.P. | 11.75% 2026 Bonds | Oct. 21, 2021, Apr. 21, 2022, Oct. 21, 2022, Apr. 21, 2023, and Oct. 21, 2023 | N/A | N/A | $3,818,810.84 | $384,638.76 | $4,203,449.60 | $5,088.63 |
| Contrarian Emerging Markets, L.P. | 9.25% 2028 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | N/A | N/A | $605,255.66 | $58,531.16 | $663,786.82 | $806.51 |
| Contrarian EM II, LP | 9.25% 2028 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | N/A | N/A | $60,082.60 | $5,810.28 | $65,892.88 | $80.06 |

6

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Emma I Master Fund, L.P. | 9.25% 2028 Bonds | Nov. 7, 2021, May 7, 2022, Nov. 7, 2022, May 7, 2023, and Nov. 7, 2023 | N/A | N/A | $41,515.90 | $4,014.79 | $45,530.69 | $55.32 |
| Contrarian Emerging Markets, L.P. | 11.95% 2031 Bonds | Aug. 5, 2021, Feb. 5, 2022, Aug. 5, 2022, Feb. 5, 2023, and Aug. 5, 2023 | N/A | N/A | $17,487,685.43 | $2,083,882.35 | $19,571,567.78 | $23,302.63 |
| Boston Patriot Summer St LLC | 11.95% 2031 Bonds | Aug. 5, 2021, Feb. 5, 2022, Aug. 5, 2022, Feb. 5, 2023, and Aug. 5, 2023 | N/A | N/A | $2,990,922.48 | $405,541.03 | $3,396,463.51 | $4,609.83 |
| Contrarian EM II, LP | 11.95% 2031 Bonds | Aug. 5, 2021, Feb. 5, 2022, Aug. 5, 2022, Feb. 5, 2023, and Aug. 5, 2023 | N/A | N/A | $697,151.42 | $83,074.55 | $780,225.97 | $928.97 |
| Emma I Master Fund, L.P. | 11.95% 2031 Bonds | Aug. 5, 2021, Feb. 5, 2022, Aug. 5, 2022, Feb. 5, 2023, and Aug. 5, 2023 | N/A | N/A | $1,199,308.64 | $142,913.03 | $1,342,221.67 | $1,598.10 |

7

| Plaintiff | Bond | Missed Coupons Since Date of Prior Judgment[1] | Overdue Principal | Accrued Statutory Prejudgment Interest on Overdue Principal through December 11, 2023 | Accrued Coupon Interest from Date of Judgment through December 11, 2023 | Accrued Statutory Prejudgment Interest from Day After Missed Coupon through December 11, 2023 | Total Principal, Coupon, and Prejudgment Interest Owed through December 11, 2023 | Daily Accrual from December 11, 2023 until Judgment Entered[2] |
|---|---|---|---|---|---|---|---|---|
| Boston Patriot Summer St LLC | 9.375% 2034 Bonds | Jan. 13, 2022, July 13, 2022, Jan. 13, 2023, and July 13, 2023 | N/A | N/A | $ 994,791.67 | $140,201.20 | $1,134,992.87 | $1,533.25 |
| **Total** | | | $65,321,000.00 | $7,523,870.55 | $151,019,920.01 | $16,764,559.01 | **$240,629,349.57** | $221,089.25 |

8

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

Each Plaintiff and any of its successors or assigns; and anyone acting on its behalf, including its officers, agents, servants, employees, trustees, beneficial owners, and attorneys; and all persons and organizations acting in concert with it, shall be bound by the terms of the parties' Stipulation dated December 11, 2023; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

This Court shall retain non-exclusive jurisdiction over matters related to the enforcement of this judgment for one year.

SO ORDERED.

Dated: New York, New York
       January 2, 2024

_____
ANALISA TORRES
United States District Judge